1050

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-01210-2, Kitty-Ann van Doorninck, J., entered May 18, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES REGINALD BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04562-1, Stephanie A. Arend, J., entered June 28, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Morgan, J.

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ALLEN HOVDENES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03641-9, James R. Orlando, J., entered July 6, 2001. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Bridgewater, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. TERISA MAE MONTOYA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 00-1-00426-5, James B. Sawyer II, J., entered October 25, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.